FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES BUCK,<br><br>        Defendant. | 2:11-CR-181-KJD (CWH) |

### FINAL ORDER OF FORFEITURE

On October 25, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JAMES BUCK to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JAMES BUCK pled guilty. Docket #1, #26, #27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 28, 2011, through November 26, 2011, notifying all third parties of their right to petition the Court. #30.

This Court finds the United States of America served the Notice and Preliminary Order of Forfeiture upon the known owner of the stolen weapon found in the possession of Defendant, James

. . .

Buck, at the time of his arrest. The owner of that weapon filed a Petition, Stipulation for Return of Property and Order which was entered by the Court on November 28, 2011. #28, #31.

This Court finds no other petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    Smith and Wesson, Model 4563, .45 caliber semi-automatic handgun, bearing serial number TDS8521; and

    b)    any and all ammunition ("property").

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 25th day of Jan, 2012.

_____
UNITED STATES DISTRICT JUDGE